

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2020

No. 04-20-00227-CV

**THE CITY OF MASON, TEXAS,**
Appellant

v.

**BLUE OAK ENGINEERING, LLC,**
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 195900
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file its brief is GRANTED.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2020.

MICHAEL A. CRUZ,
Clerk of Court